IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,   Case No. 5:19-CR-58 (TJM)

v.

WILLIAM D. WOOD, Jr.,
      a/k/a "Smurf,"

                Defendant.

_____

**GOVERNMENT'S REQUEST TO WITHDRAW NOTICE
OF INTENT TO SEEK THE DEATH PENALTY AS TO DEFENDANT
WILLIAM D. WOOD, Jr.**

      The United States of America respectfully requests to withdraw the Notice of Intent to Seek the Death Penalty (Dkt. No. 15) as to defendant William D. Wood, Jr., and submits the attached proposed order.

Dated: June 3, 2021
                                                  Respectfully submitted,

                                                          Antoinette T. Bacon
                                                          Acting United States Attorney

                                                          */s/ Lisa M. Fletcher*
                                                          Lisa M. Fletcher
                                                          Assistant U.S. Attorney
                                                          Bar Roll No.  510187